1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

                                              *E-FILED - 4/12/07*
11                      SAN JOSE DIVISION

12 JAE HO KIM, EUN YOUNG SUNG,          )
   YI YOUN KIM,                         )   No. C 07-0072 RMW
13                                      )
                  Plaintiffs,           )
14                                      )   **STIPULATION TO DISMISS; AND**
            v.                          )   **[] ORDER**
15                                      )
   ROBERT S. MUELLER, Director,         )
16 Federal Bureau of Investigation;     )
   DONALD NEUFELD, Acting Director,     )
17 California Service Center, USCIS;    )
   ALBERTO GONZALES, Attorney General,  )
18 U.S. Department of Justice;          )
   MICHAEL CHERTOFF, Secretary,         )
19 U.S. Department of Homeland Security;)
   EMILIO T. GONZALEZ, Director,        )
20 U.S. Citizenship and Immigration Services, )
                                        )
21                Defendants.           )
                                        )
22

23     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

24 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

25 because Plaintiffs no longer wish to pursue this litigation.  The parties also request that the Court

26 vacate the hearing on Defendants' motion to dismiss scheduled for May 25, 2007.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-0072 RMW                             1

| | | |
|---|---|---|
| 1 | Dated: March 26, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: March 26, 2007

/s/
JUDY J. CHANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 4/12/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C07-0072 RMW                                    2